UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BERNARD SOBELSOHN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, an association, NANCY KUNIN, an individual, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:17-cv-06495-PA-AFM<br><br>ORDER DISMISSING ACTION<br><br>Complaint Filed: August 4, 2017<br><br>Removed from: Los Angeles Superior Court, Case No.: BC651110, Sep. 1 2017 |

IT IS HEREBY ORDERED that, pursuant to Plaintiff Bernard Sobelsohn ("Plaintiff"), Defendant United Services Automobile Association, and Defendant Nancy Kunin's Joint Stipulation of Dismissal of Action, this action, and all claims and causes of action asserted in Plaintiff's First Amended Complaint, are dismissed with prejudice as to Plaintiff, and without prejudice as to the putative classes alleged in the First Amended Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each Party shall bear his, her, or its own costs and attorneys' fees.

Dated: November 3, 2017

_____
Hon. Percy Anderson
United States District Court Judge

CH2\20237752.1